UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REDAPT, INC.,<br><br>   Plaintiff,<br><br>  vs.<br><br>RESTORIX HEALTH, INC. d/b/a RESTORIXHEALTH, a Louisiana corporation, and GORDIAN MEDICAL, INC. d/b/a AMERICAN MEDICAL TECHNOLOGIES, a Nevada corporation,<br><br>   Defendants. | Case No. 2:25-cv-00501-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO STAY PLAINTIFF'S SUMMARY JUDGMENT MOTION AND BRIEFING SCHEDULE |

THIS MATTER came before the Court on the Parties, Plaintiff; Defendant Restorix Health, Inc. d/b/a Restorixhealth ("Restorix"); and Defendant Gordian Medical, Inc. (collectively the "parties"), Stipulated Motion to Stay Plaintiff's Summary Judgment Motion and Briefing Schedule.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing and responsive pleading deadlines are stayed.  The remaining deadlines in the case schedule remain unchanged.

Dated this 17th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO STAY PLAINTIFF'S SUMMARY
JUDGMENT MOTION AND BRIEFING
SCHEDULE - 1